# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JOHN DOE AS GUARDIAN AD LITEM OF JANE DOE | : | No. 73 WM 2017 |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TRANSDEV, INC. F/K/A VEOLIA TRANSPORTATION SERVICES, INC., INDIVIDUALLY AND D/B/A ACCESS TRANSPORATION SYSTEMS, INC., AND ACCESS TRANSPORTATION SYSTEMS, INC., AND NORTHERN AREA MULTI-SERVICE CENTER OF ALLEGHENY COUNTY, INDIVIDUALLY AND D/B/A ACCESS TRANSPORATION SYSTEMS, AND DANIEL ROBERT BURRELLI | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: TRANSDEV, INC., AND ACCESS TRANSPORTATION SYSTEMS, INC. | : | |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 1st day of December, 2017, the Petition for Review and the Application for Stay are DENIED.